Certificate Number: 05781-PAE-DE-028717310

Bankruptcy Case Number: 17-10338



05781-PAE-DE-028717310

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2017, at 8:28 o'clock AM PST, Paul Lejarza completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 5, 2017                By:     /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:  President