United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10338-sr
Paul W. LeJarza                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia          Page 1 of 1           Date Rcvd: Jun 29, 2017
                         Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2017.
db          +Paul W. LeJarza,   2746 South Fairhill Street,   Philadelphia, PA 19148-4806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2017 at the address(es) listed below:
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    LOANDEPOT.COM, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     MICHAEL A. CATALDO2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com, igotnotices@ccpclaw.com
     MICHAEL A. CIBIK2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com, igotnotices@ccpclaw.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Paul W. LeJarza
      Debtor(s)

Chapter: 13

Bankruptcy No: 17−10338−sr

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this June 28, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Stephen Raslavich
                                              Judge ,
                                              United States Bankruptcy Court

                                                                                     27
                                                                                 Form 155