IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PAUL W. LEJARZA | ) | Bankruptcy No. 17-103038-sr |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Document No. 32 |
| PNC BANK, NATIONAL ASSOCIATION | ) | |
| | ) | |
| Movant | ) | |
| | ) | |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO:    CLERK OF COURT

Kindly mark as withdrawn the Motion for Relief from Automatic Stay filed in the above-referenced Bankruptcy on behalf of PNC Bank, National Association.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. No. 83746
bsolomon@tuckerlaw.com
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212

BANK_FIN:567335-1 000011-180453

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| PAUL W. LEJARZA | ) | Bankruptcy No. 17-103038-sr |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Document No. 32 |
| PNC BANK, NATIONAL ASSOCIATION | ) | |
| | ) | |
| Movant | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Brett A. Solomon, of Tucker Arensberg, P.C., certify that on August 2, 2017, I served a copy of this Praecipe to Withdraw on:

**Debtor**
Paul W. LeJarza
2746 South Fairhill Street
Philadelphia, PA 19148

**Debtor's Counsel**
Michael A. Cataldo, Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**Trustee**
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

**U.S. Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

by United States mail, first class, postage prepaid, at the above addresses.

Executed:  August 2, 2017                    /s/ Brett A. Solomon
                                             Brett A. Solomon, Esquire
                                             Pa. I.D. No. 83746
                                             bsolomon@tuckerlaw.com
                                             1500 One PPG Place
                                             Pittsburgh, Pennsylvania 15222
                                             (412) 566-1212