United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10338-jkf
Paul W. LeJarza                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 1            Date Rcvd: Jan 31, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13855653         +E-mail/Text: bknotification@loandepot.com Feb 01 2019 02:37:48      Loandepo.co,
                  26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
        BRETT ALAN SOLOMON    on behalf of Creditor    PNC BANK N.A. bsolomon@tuckerlaw.com,
         agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor     LOANDEPOT.COM, LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        KEVIN G. MCDONALD    on behalf of Creditor     LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-10338-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul W. LeJarza
2746 South Fairhill Street
Philadelphia PA 19148

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. : Loandepo.co, 26642 Towne Center Dr., Foothill Ranch, CA 92610 | Nationstar Mortgage LLC<br>PO Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/02/19

Tim McGrath
**CLERK OF THE COURT**