Certificate Number: 16339-PAE-DE-034198466

Bankruptcy Case Number: 17-10338



16339-PAE-DE-034198466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2020</u>, at <u>4:58</u> o'clock <u>AM EDT</u>, <u>Paul Lejarza</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 8, 2020                By:    /s/Kelley Tipton

                                    Name:  Kelley Tipton

                                    Title: Certified Financial Counselor