```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 17-10338-jkf
Paul W. LeJarza                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: dlv              Page 1 of 2              Date Rcvd: Mar 13, 2020
                              Form ID: 138NEW        Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db             +Paul W. LeJarza,    2746 South Fairhill Street,    Philadelphia, PA 19148-4806
cr             +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13855638       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13855639       +Best Egg/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
13932677       +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13855641       +Cibik and Cataldo, P.C.,    437 Chestnut Street,    Suite 1000,    Philadelphia, PA 19106-2426
13855642       +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                 Saint Louis, MO 63179-0040
13855644       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13855645       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13855646        Frederick Reigle, Esquire,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
13855649       +Jaime Blount,    10900 Bustleton Avenue,    Unit A-31,    Philadelphia, PA 19116-3347
13855651       +Lions Gate Apartments,    10101 Northeast Avenue,    Philadelphia, PA 19116-3746
13855652        Lions Gate Apartments,    Philadelphia, PA 19116,    Philadelphia, PA 19116
14284964       +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive,
                 Suite 150,    King of Prussia PA 19406-4702
14263467       +Nationstar Mortgage LLC,    PO Box 619094,    Dallas, TX 75261-9094
14246665       +Nationstar Mortgage LLC,    dba Mr. Cooper,    c/o Kevin G. McDonald, Esq.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13855655        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13919329       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13855656       +PNC Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
13855657       +PNC Bank Credit Card,    PO Box 5570,    Mailstop  BR- YB58-01-5,    Cleveland, OH 44101-0570
13855658       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2020 03:43:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2020 03:44:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:37:33     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13855637       +E-mail/Text: broman@amhfcu.org Mar 14 2020 03:44:06     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13855643        E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:33     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13940439        E-mail/Text: megan.harper@phila.gov Mar 14 2020 03:44:33     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13855640       +E-mail/Text: ecf@ccpclaw.com Mar 14 2020 03:43:25     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13855647        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 14 2020 03:43:31     I.R.S.,
                 Special Procedures Branch,    Insolvency Unit,    P.O. Box 12051,    Philadelphia, PA 19105-2051
13917268        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 03:38:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation &,
                 LC Trust I,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13914307        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 03:37:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Marlette Funding Trust,
                 Series 2,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14025322        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2020 03:37:43
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
13855650       +E-mail/Text: bk@lendingclub.com Mar 14 2020 03:44:44     Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
13855653       +E-mail/Text: bknotification@loandepot.com Mar 14 2020 03:44:53     Loandepo.co,
                 26642 Towne Center Dr.,    Foothill Ranch, CA 92610-2808
13855654       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 14 2020 03:44:56     Mabt - Genesis Retail,
                 Bankcard Services,    PO Box 4477,    Beaverton, OR 97076-4401
13935477        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2020 03:37:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869915       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2020 03:39:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17
```

```
District/off: 0313-2              User: dlv                 Page 2 of 2                   Date Rcvd: Mar 13, 2020
                                  Form ID: 138NEW           Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13855648*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   I.R.S.,   Special Procedures Branch,   Insolvency Unit,
                  P.O. Box 21126,   Philadelphia, PA 19114)
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC BANK N.A. bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LOANDEPOT.COM, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MICHAEL A. CATALDO2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Paul W. LeJarza

    Debtor(s)

Bankruptcy No: 17–10338–jkf

Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/13/20

46 – 44
Form 138_new