United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10338-jkf
Paul W. LeJarza                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia          Page 1 of 1              Date Rcvd: Jun 04, 2020
                          Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db          +Paul W. LeJarza,    2746 South Fairhill Street,    Philadelphia, PA 19148-4806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
      BRETT ALAN SOLOMON    on behalf of Creditor   PNC BANK N.A. bsolomon@tuckerlaw.com,
       agilbert@tuckerlaw.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   LOANDEPOT.COM, LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor   FREEDOM MORTGAGE CORP. paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor   LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
      MICHAEL A. CATALDO2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Paul W. LeJarza ecf@ccpclaw.com,   igotnotices@ccpclaw.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Paul W. LeJarza : Case No. 17−10338−jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 4, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

55
Form 195